# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR145** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SALVADOR RANGEL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of James R. Kozel to withdraw as CJA court-appointed counsel for the defendant, Salvador Rangel (Rangel) (Filing No. 38). Since retained counsel, Hugh I. Abrahamson, has entered an appearance for Rangel (Filing No. 32), Mr. Kozel's motion to withdraw (Filing No. 38) is granted. Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 18th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge